Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., C.D., E.F., and G.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES MASON HEAPS, M.D.,<br><br>Defendants. | Case No. 2:19-CV-06586-RGK-E<br><br>Hon. R. Gary Klausner<br><br>**STIPULATION OF DISMISSAL** |

1. Plaintiffs A.B., C.D., E.F., and G.H. ("Plaintiffs") and Defendants The Regents of the University of California ("UC Regents"), and James Mason Heaps, M.D. ("Heaps") (collectively, "Defendants") stipulate as follows:

    1.  This action is hereby dismissed under Fed. R. Civ. P. 41(a)(1)(A)(ii) without prejudice with respect to the claims alleged by Plaintiffs individually against Defendants, and without prejudice as to the claims of the proposed class. Plaintiffs and Defendants further agree that each party shall bear his or its own costs and attorney fees, except to the extent that Defendant Heaps has claims for indemnification and reimbursement against Defendant UC Regents. Neither the indemnity and reimbursement claims by Heaps nor Defendant UC Regents' denial of such claims are affected by this agreement.

    IT IS SO STIPULATED.

DATED: March 25, 2020

/s/ *Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com

Amy M. Zeman (SBN 273100)
Amanda M. Karl (SBN 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amz@classlawgroup.com
amk@classlawgroup.com

*Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: March 25, 2020 | */s/ Debra Yang*_____ |
| 2 | | Debra Wong Yang (SBN 123289) |
| | | Catherine A. Conway (SBN 98366) |
| 3 | | Jesse A. Cripps (SBN 222285) |
| 4 | | Matthew A. Hoffman (SBN 227351) |
| | | **GIBSON, DUNN & CRUTCHER LLP** |
| 5 | | 333 South Grand Avenue |
| 6 | | Los Angeles, CA 90071-3197 |
| | | Tel: (213) 229-7000 |
| 7 | | dwongyang@gibsondunn.com |
| 8 | | cconway@gibsondunn.com |
| 9 | | jcripps@gibsondunn.com |
| | | mhoffman@gibsondunn.com |

*Attorneys for Defendant The Regents of the University of California.*

DATED: March 25, 2020       */s/ Marc Smith*_____
Marc Smith
Daniel L. Reback
Georgia Skoumbis
Jeremy D. Smith
**KRANE & SMITH, APC**
16255 Ventura Blvd., Suite 600
Encino, CA 91436
Telephone: (818) 382-4000
Facsimile: (818) 382-4001
msmith@kranesmith.com
dreback@kranesmith.com
gskoumbis@kranesmith.com
jsmith@kranesmith.com

Tracy Green
**GREEN & ASSOCIATES**
800 West Sixth Street, Suite 450
Los Angeles, California 90017
Telephone: (213) 233-2260
Direct Dial: (213) 233-2261
Facsimile: (213) 477-2260
tgreen@greenassoc.com

*Attorneys for Defendant*
*James Mason Heaps, M.D.*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

/s/ *Daniel C. Girard*